UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROLLS-ROYCE NAVAL MARINE, INC., | * * | CIVIL ACTION |
| Plaintiff, | * * | NO. 10-655 |
| VERSUS | * * | JUDGE RFD |
| A&B INDUSTRIES OF MORGAN CITY, INC., Defendant. | * * * * | MAGISTRATE PJH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S MOTION TO STAY**

  A&B Industries of Morgan City, Inc. moves the Court to stay the Complaint for Declaratory Judgment filed by Rolls-Royce Naval Marine, Inc. The instant declaratory judgment action, if litigated through to a final judgment, would not afford a full and complete adjudication of the various issues in controversy between all interested parties. A complete resolution of this case requires deciding legal and factual matters that are currently at issue and being litigated in the underlying case involving, as parties, A&B, Rolls-Royce, and Johnny's Propeller Shop, Inc. – a company not a party to the instant action, but one that is necessary for a full resolution of the dispute. See *A&B Industries of Morgan City, Inc. v. Johnny's Propeller Shop, Inc. and Rolls Royce Naval Marine, Inc.*, C/A # 121720, pending before the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana.

  The pending state court suit involves all necessary parties to this controversy and will require the litigation of significant issues of Louisiana state law. A parallel litigation of this

controversy in federal court increases the risk of inconsistent factual findings.  Moreover, a partial adjudication in this Court that involves only two of the three parties to this controversy will not serve the ends of wise judicial administration and judicial economy.

WHEREFORE, based on these and other considerations weighing in favor of adjudicating this controversy in state court, as well as more general considerations of judicial administration and economy, A&B Industries of Morgan City, Inc. respectfully requests that the Court grant this Motion to Stay and issue an order staying Rolls-Royce Naval Marine, Inc.'s Complaint for Declaratory Judgment.

Respectfully submitted:

**MILLER & WILLIAMSON, LLC**

s/Sean D. Kennedy
MACHALE A. MILLER (#9499)
(machale@miller-llc.com)
I. MATTHEW WILLIAMSON (#13532)
(matt@miller-llc.com)
ILIAURA HANDS (#23115)
(ili@miller-llc.com)
SEAN D. KENNEDY (#31809)
(sean@miller-llc.com)
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3150
Telephone:    504.525.9800
COUNSEL FOR DEFENDANT A&B INDUSTRIES OF MORGAN CITY, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record either through electronic transmission, the Case Management/Electronic Case File (CM/ ECF) System for the USDC, WDLA, on this 23rd day of July, 2010.

                                      s/Sean D. Kennedy
                                      SEAN D. KENNEDY (#31809)