UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ROLLS-ROYCE NAVAL MARINE, INC. | CIVIL ACTION NO. 6:10-CV-00655 |
| VERSUS | JUDGE DOHERTY |
| A&B INDUSTRIES OF MORGAN CITY, INC. | MAGISTRATE JUDGE HANNA |

JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections[1], this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendant A&B Industries of Morgan City, Inc.'s motion to stay this action [Rec. Doc. 9] is DENIED AS MOOT, and this action is DISMISSED without prejudice.

Lafayette, Louisiana, this 6 day of October, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] Although the record contains a letter dated September 15, 2010, addressed to the magistrate judge, which was filed into the record on September 23, 2010, it does not appear to this Court the letter can properly be considered an "objection" to the report and recommendation. The record shows the letter was faxed to the chambers of the magistrate judge in response to a discussion held on the record at the September 13, 2010 oral argument. Per the magistrate judge's law clerk, the letter was received by the magistrate judge before the report and recommendation was issued. Ergo, the September 15, 2010 letter from counsel for Rolls Royce does not constitute an "objection" to any portion of the report and recommendation.